ProSoft Paystub Reprint                                                            Generated: 05-28-2015 | 10:41:59 PM

**Gateway School District**

SSN XXX-XX-5068   Name: NICOLE A REINHART   Dept: FDS07   Loc: 07 Emp # 3571                **Check #: D1038113**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Hourly 40.000 @ $11.88 | $475.20 | $4,369.87 | FIT (S 1) | $19.78 | $162.43 |
| | | | Medicare | $6.89 | $63.35 |
| | | | Social Security | $29.46 | $270.94 |
| | | | State Tax - Pennsylvania | $14.59 | $134.16 |
| | | | PA Unemp Comp | $.33 | $3.05 |
| | | | LS Tax Monroeville | $2.60 | $26.00 |
| | | | Wage Tax - 1.5000% | $7.13 | $65.56 |
| | | | Retirement | $35.64 | $327.74 |
| | | | **DDN Deposit (CK)** | **$358.78** | **$3,291.04** |
| | | | ~~TEAMS-UNION DUES~~ | | ~~$25.60~~ |

|  |  |  |
|---|---|---|
| Total Gross | $475.20 | $4,369.87 |
| Deduction(excl direct deposit) | $116.42 | $1,078.83 |
| Net Pay | $358.78 | $3,291.04 |

Sick: 1.5   Vacation: 0   Personal Day: 0.5

                                           **CHECK DATE: 5/22/2015**        **AMOUNT: $0.00**


                                                                                   D1038113
Direct Deposit Amount  $       358.78                                              5/22/2015

NICOLE A REINHART                        V O I D              Gateway School District
709 BELLWOOD AVE                                              9000 Gateway Campus Boulevard
MONROEVILLE PA 15146                                          Monroeville, PA 15146
                                                              Phone: (412)372-5300
                                                              Fax: (412)373-5719

ProSoft Paystub Reprint  Generated: 05-28-2015 | 10:42:29 PM

**Gateway School District**

SSN XXX-XX-5068   Name: NICOLE A REINHART   Dept: FDS07   Loc: 07 Emp # 3571   **Check #: D1037564**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Hourly 40.000 @ $11.88 | $475.20 | $3,894.67 | FIT (S 1) | $19.78 | $142.65 |
| | | | Medicare | $6.89 | $56.46 |
| | | | Social Security | $29.46 | $241.48 |
| | | | State Tax - Pennsylvania | $14.59 | $119.57 |
| | | | PA Unemp Comp | $.33 | $2.72 |
| | | | LS Tax Monroeville | $2.60 | $23.40 |
| | | | Wage Tax - 1.5000% | $7.13 | $58.43 |
| | | | Retirement | $35.64 | $292.10 |
| | | | TEAMS-UNION DUES | $12.80 | $25.60 |
| | | | DDN Deposit (CK) | $345.98 | $2,932.26 |

|  | | |
|---|---|---|
| Total Gross | $475.20 | $3,894.67 |
| Deduction(excl direct deposit) | $129.22 | $962.41 |
| Net Pay | $345.98 | $2,932.26 |

Sick: 1.5   Vacation: 0   Personal Day: 0.5

**CHECK DATE: 5/8/2015**     **AMOUNT: $0.00**

D1037564

Direct Deposit Amount  $     345.98                             5/8/2015

NICOLE A REINHART                    V O I D            Gateway School District
709 BELLWOOD AVE                                    9000 Gateway Campus Boulevard
MONROEVILLE PA 15146                                      Monroeville, PA 15146
                                                           Phone: (412)372-5300
                                                             Fax: (412)373-5719



**Earnings Statement** 

FIVE BELOW INC
1818 MARKET STREET, SUITE 1900
PHILADELPHIA, PA 19103
CO PH NUMBER 215 546 7909

Period Beginning: 05/03/2015
Period Ending: 05/16/2015
Pay Date: 05/22/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

NICOLE REINHART
709 BELLWOOD AVENUE
MONROEVILLE PA 15146

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.4700 | 4.28 | 31.97 | 500.94 |
| Inventory | | | | 81.56 |
| Store Meeting | | | | 14.50 |
| **Gross Pay** | | | **$31.97** | 597.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -1.98 | 37.01 |
| Medicare Tax | | -0.47 | 8.66 |
| PA State Income Tax | | -0.98 | 18.33 |
| Monroeville Income Tax | | -0.48 | 3.87 |
| PA SUI/SDI Tax | | -0.02 | 0.42 |
| Penn Hills T Income Tax | | | 5.94 |
| Other | | | |
| Lst | | -2.00 | 18.00 |
| **Net Pay** | | **$26.04** | |
| Checking | | -26.04 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $31.97

© 2000 ADP, LLC



FIVE BELOW INC
1818 MARKET STREET, SUITE 1900
PHILADELPHIA, PA 19103
CO PH NUMBER 215 546 7909

Advice number: 00000210612
Pay date: 05/22/2015

Deposited to the account of
NICOLE REINHART

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8636 | xxxx xxxx | $26.04 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



FIVE BELOW INC
1818 MARKET STREET, SUITE 1900
PHILADELPHIA, PA 19103
CO PH NUMBER 215 546 7909

**Earnings Statement** 

| | |
|---|---|
| Period Beginning: | 04/19/2015 |
| Period Ending: | 05/02/2015 |
| Pay Date: | 05/08/2015 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  PA:       N/A

NICOLE REINHART
709 BELLWOOD AVENUE
MONROEVILLE  PA  15146

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.4700 | 8.77 | 65.51 | 468.97 |
| Inventory | | | | 81.56 |
| Store Meeting | | | | 14.50 |
| **Gross Pay** | | | **$65.51** | 565.03 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -4.06 | 35.03 |
| Medicare Tax | | -0.95 | 8.19 |
| PA State Income Tax | | -2.01 | 17.35 |
| Monroeville Income Tax | | -0.98 | 3.39 |
| PA SUI/SDI Tax | | -0.05 | 0.40 |
| Penn Hills T Income Tax | | | 5.94 |
| Other | | | |
| Lst | | -2.00 | 16.00 |
| **Net Pay** | | **$55.46** | |
| Checking | | -55.46 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $65.51

© 2000 ADP, LLC



FIVE BELOW INC
1818 MARKET STREET, SUITE 1900
PHILADELPHIA, PA 19103
CO PH NUMBER 215 546 7909

Advice number:  00000190597
Pay date:       05/08/2015

Deposited to the account of
NICOLE REINHART

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8636 | xxxx  xxxx | $55.46 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**